**Order filed March 27, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-12-00169-CV

_____

**LAMBERT ADUMEKWE, Appellant**

**V.**

**NEW HAMPSHIRE INSURANCE COMPANY, Appellee**

---

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-81456**

---

## ORDER

According to information provided to this court, the trial court's judgment was signed January 11, 2012. Our information reflects that appellant filed/ a timely motion for new trial and notice of appeal. Appellant also filed an affidavit of indigence. *See* Tex. R. App. P. 20.1. This court has not been notified that any contest to the affidavit has been filed or that the trial court has timely sustained any contest. Therefore, it appears that appellant is entitled to proceed without the advance payment of costs. *See* Tex. R. App. P. 20.1 (deeming appellant indigent when no contest or written order on the contest are timely filed).

The record in this appeal is due May 10, 2012. Accordingly, we issue the following order:

We order the Harris County District Clerk to file a clerk's record with the clerk of this court containing the required documents listed in Texas Rule of Appellate Procedure 35.1 on or before **May 10, 2012.** In addition, we order **Kathleen Keese,** the court reporter in this case, to file the reporter's record in this appeal on or before **May 10, 2012.** The records are to be filed without the advance payment of costs. *See* Tex. R. App. P. 20.1(k). The court will consider a reasonable request for an extension of time to file the record of **not more than 30 days**. *See* Tex. R. App. P. 35.3(c) (amended eff. 3-1-12) (limiting extensions of time to file the record to 30 days).

PER CURIAM